RECEIVED

NOV 2 2 2019

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

|  |  |
|---|---|
| *Betty Jean Roy* <br><br> Plaintiff(s), <br><br> v. <br><br> *Stratus Security* <br><br><br> Defendant(s). (Enter above the full name(s) of all defendants in this lawsuit. Please attach additional sheets if necessary.) | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. _____ <br> )        (to be assigned by Clerk of District Court) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) YES ☐   NO ☒ <br> ) <br> ) <br> ) <br> ) <br> ) |

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.     This employment discrimination lawsuit is based on (check only those that apply):

☒     Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☒     Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

_____     Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain à right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

✓ Other (Describe) Equal Employment Two White People did not Complete the walk in the time frame. One White-Male, One White-female - Both employees of the Stratus Security Company. Missouri National Guard Armory - Both work there, I did not Pull the 150 pound Manikan and I was denied a job.

## PARTIES

2.   Plaintiff's name: Betty Jean Roy

     Plaintiff's address: #84 Brook Hill Court
     _____
     Street address or P.O. Box

     Collinsville, ILL 62234
     _____
     City/ County/ State/Zip Code

     (618) 365-6377
     _____
     Area code and telephone number

3.   Defendant's name: Stratus Security Management

     Defendant's address: 19804 Fitzpatrick Street
     _____
     Street address or P.O. Box

     Detroit, Michigan 48228
     _____
     City/County/State/ Zip Code

     (313) 837-7000
     _____
     Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.    If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_South 2nd Street     St. Louis, MO     in the Park_
(Street Address)         (City/County)         (State)    (Zip Code)

5.    When did the discrimination occur?  Please give the date or time period:

_Saturday June 8, 2019_

## ADMINISTRATIVE PROCEDURES

6.    Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes    Date filed: _11-7-2019 BR_

☒ No

7.    Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☒ Yes    Date filed: _11-7-2019_

☐ No

8.    Have you received a Notice of Right-to-Sue Letter?

☒ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9.    If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_✓__ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_X_ failure to hire me

____ termination of my employment

____ failure to promote me

____ failure to accommodate my disability

_X_ terms and conditions of my employment differ from those of similar employees

____ retaliation

____ harassment

_X_ other conduct (specify): Female having to Pull a 150 pound Manican 25 yards or feet, Female having to do Male pushups

Did you complain about this same conduct in your charge of discrimination?

☒ Yes                    ☐ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

_____ ✓ race

_____ religion

_____ national origin

_____ ✓ color

_____ ✓ gender

_____ disability

_____ ✓ age (birth year is: _____ )

_____ other:

Did you state the same reason(s) in your charge of discrimination?

☒ Yes                    ☐ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

April 22, 2019 I filled out my application for the position of Security officer with the Stratus Security company, I interviewed with Mr. Greg Hollis at the Hotel downtown St. Louis.
May 31st sent Mr. Hollis a E-mail about some questions I had about the PT Training,
Saturday June 8, 2019 Met Mr. Greg Hollis and about 4 other Management people and 4 current employees and three new hires at the park we had to walk a mile and a half in 3 minutes drag a 150 pound manican 25 feet and I could not lift and drag the manican so I had to do male push ups and I

(Continue to page 6, if additional space is needed.)

5

Completed them. From the Park We all got Back in our Vehicles and drove back to the Motel in St.Louis-DownTown and took a Class and passed a Written Test. I Completed the Class and Passed the test

I Placed a phone Call to Mr. Greg Hollis after June 8, 2019 and I asked why I had not been Contacted about the job he stated you didnot Pass PT training the Government is really coming down on me about People not passing PT. I am having a make up date see Scheduled I will let You Know the date & time. Never heard from him again, Mr. Greg Hollis and other management team members rallied around the two Caucasion workers and allowed them to Complete their walk off of the clock, None of us was held back from the Class and we were all allowed to Proceed forward. I also bought a firearm and Completed the firearm training which Stratus Security Paid for. I was already hired and never allowed to work, I was not allowed to attend the make up date.

(Attach additional sheets as necessary).

6

13.   The acts set forth in paragraph 12 of this complaint:

☐  are still being committed by the defendant.

☐  are no longer being committed by the defendant.

☒  may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments;

cite no cases or statutes. I want to See all E-mails Concerning My Case. I am Suing for Emotional Distress, Employment discrimination and #400,000.00. for Stress and Suffering.

14.   Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _22_ day of _November_ , 20 _19_ .

Signature of Plaintiff _Betty Ray_